Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG -4 PM 1:48
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

LEONARD M. OKUN, Trustee of the LEONARD M. OKUN TRUST dated Mav 21. 1987

vs

UBS FINANCIAL SERVICES, INC., a Delaware Corporation

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1409 WQH JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Frederick C. Phillips, Esq., #51337
Phillips, Haskett & Ingwalson, a P. C.
701 "B" St., Set. 1190
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG - 4 2008
DATE

J. PARIS
SEAL

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)