| Attorney of Party Without Attorney (Name and Address) | Telephone No: | FOR COURT USE ONLY |
|---|---|---|
| Phillips, Haskett & Ingwalson<br>701 "B" Street Ste. 1190<br>San Diego CA 92101<br>Attorney For: PLAINTIFF | 619 231-3737<br>Reference Number: 93209 53639 | |
| United States District Court<br>Southern District of California | | |
| Plaintiff/Petitioner: Okun<br>Defendant/Respondent: UBS Financial Services, Inc. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept./Div.: | Case Number: 08-CV-1409-WQH JMA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons and Complaint

3a. Party Served : UBS Financial Services, Inc., a Delaware Corporation

3b. Person Served : Becky DeGeorge. Title: Authorized to Accept
    Description :

4. Address : 2730 Gateway Oaks Drive Suite 100
   Sacramento, CA 95833

5a. By personal service. I personally served the documents listed in item 2 to the party or person authorized to receive service of process for the party on 8/12/2008 at 2:40pm.

6. Witness Fees Paid : $

7. Person Serving (name, address, and telephone No.):

**Central Attorney Service, Inc.**
1241 State Street
San Diego, CA 92101
(619)233-3344 Fax (619)233-3350

Fee for service: $ $90.00
Jim Wardlow
Registered California process server:
(i) owner
(ii) Registration No.: 87-010
(iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/21/2008

(Signature)

Judicial Council form POS-010

**Proof of Service**

Code Civil Procedure 417.10(f)